LEAH ST. DENNIS, as Administratrix of the Estate of JOSEPH ST. DENNIS, Respondent, *v.* DIRECTOR-GENERAL OF RAILROADS, Appellant.

*Negligence — railroads — injury to employee — applicability of Federal Employers' Liability Act.*

*St. Dennis* v. *Director-General of Railroads,* 193 App. Div. 922, affirmed.

(Argued December 14, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 26, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his agents and servants. Plaintiff's intestate was employed as the conductor of a work train. He was killed on the 8th day of November, 1918, in a collision between his work train, which was backing from Tifft Farm to East Buffalo over the Lehigh and Lake Erie branch of the Lehigh Valley railroad and a yard engine moving on the same track, against the current of traffic, without proper protection. The evidence was sufficient to justify a finding of negligence upon the part of the crew of this yard engine. The only issue litigated on the trial was the question of the application of the Federal Employers' Liability Act.

*George F. Phillips* and *James McC. Mitchell* for appellant.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.